# EXHIBIT 1

**Whitman Defense Costs**
**With Interest Through April 30, 2004**

| Billing Firm | Invoice Number | Invoice Date | Bates Number | Subject | Amount of Bill | Interest as of April 30, 2004 | Amount with Interest |
|---|---|---|---|---|---|---|---|
| Miles & Stockbridge | - | 10/24/95 | MISC3-0682 | Whitman | $ 527.49 | $ 534.31 | $ 1,061.80 |
| Swidler & Berlin | C8355 | 07/26/89 | 100001 | Whitman | $ 8,498.84 | $ 14,982.17 | $ 23,481.01 |
| Swidler & Berlin | C8879 | 08/01/89 | 100004 | Whitman | $ 3,714.96 | $ 6,541.59 | $ 10,256.55 |
| Swidler & Berlin | C9001 | 09/18/89 | 100006 | Whitman | $ 338.37 | $ 590.49 | $ 928.86 |
| Swidler & Berlin | C9881 | 10/06/89 | 100008 | Whitman | $ 1,072.61 | $ 1,865.46 | $ 2,938.07 |
| Swidler & Berlin | C105343 | 11/30/89 | 100010 | Whitman | $ 2,792.32 | $ 4,805.85 | $ 7,598.17 |
| Swidler & Berlin | C11826 | 01/30/90 | 100013 | Whitman | $ 270.23 | $ 459.67 | $ 729.90 |
| Swidler & Berlin | C12858 | 02/27/90 | 100015 | Whitman | $ 59.85 | $ 101.26 | $ 161.11 |
| Swidler & Berlin | C13212 | 03/06/90 | 100016 | Whitman | $ 964.93 | $ 1,630.28 | $ 2,595.21 |
| Swidler & Berlin | C13723 | 04/23/90 | 100018 | Whitman | $ 829.04 | $ 1,387.61 | $ 2,216.65 |
| Swidler & Berlin | C14292 | 05/21/90 | 100020 | Whitman | $ 260.48 | $ 433.58 | $ 694.06 |
| Swidler & Berlin | C15200 | 06/08/90 | 100022 | Whitman | $ 401.61 | $ 666.12 | $ 1,067.73 |
| Swidler & Berlin | C15515 | 07/18/90 | 100023 | Whitman | $ 3.40 | $ 5.59 | $ 8.99 |
| Swidler & Berlin | C16432 | 08/31/90 | 100024 | Whitman | $ 1,412.77 | $ 2,304.25 | $ 3,717.02 |
| Swidler & Berlin | C16980 | 09/30/90 | 100026 | Whitman | $ 13.14 | $ 21.30 | $ 34.44 |

## Whitman Defense Costs
## With Interest Through April 30, 2004

| Billing Firm | Invoice Number | Invoice Date | Bates Number | Subject | Amount of Bill | Interest as of April 30, 2004 | Amount with Interest |
|---|---|---|---|---|---|---|---|
| Swidler & Berlin | C17484 | 10/29/90 | 100027 | Whitman | $ 1,351.25 | $ 2,177.70 | $ 3,528.95 |
| Swidler & Berlin | C18103 | 11/30/90 | 100029 | Whitman | $ 1,324.45 | $ 2,120.57 | $ 3,445.02 |
| Swidler & Berlin | C18662 | 12/31/90 | 100031 | Whitman | $ 4,733.48 | $ 7,530.51 | $ 12,263.99 |
| Swidler & Berlin | C19257 | 01/07/91 | 100033 | Whitman | $ 2,910.64 | $ 4,623.85 | $ 7,534.49 |
| Swidler & Berlin | C19837 | 02/28/91 | 100035 | Whitman | $ 8,732.96 | $ 13,723.91 | $ 22,456.87 |
| Swidler & Berlin | C20500 | 03/29/91 | 100037 | Whitman | $ 2,611.58 | $ 4,079.22 | $ 6,690.80 |
| Swidler & Berlin | C21111 | 04/30/91 | 100039 | Whitman | $ 1,850.06 | $ 2,870.28 | $ 4,720.34 |
| Swidler & Berlin | C21380 | 05/22/91 | 100041 | Whitman | $ 2,386.55 | $ 3,685.36 | $ 6,071.91 |
| Swidler & Berlin | C21849 | 06/18/91 | 100043 | Whitman | $ 1,331.06 | $ 2,043.63 | $ 3,374.69 |
| Swidler & Berlin | C22581 | 07/24/91 | 100045 | Whitman | $ 267.86 | $ 408.09 | $ 675.95 |
| Swidler & Berlin | C23417 | 08/29/91 | 100047 | Whitman | $ 199.59 | $ 301.71 | $ 501.30 |
| Swidler & Berlin | C23758 | 09/20/91 | 100048 | Whitman | $ 9.38 | $ 14.11 | $ 23.49 |
| Swidler & Berlin | C24300 | 10/28/91 | 100049 | Whitman | $ 367.95 | $ 548.96 | $ 916.91 |
| Swidler & Berlin | C25070 | 11/29/91 | 100051 | Whitman | $ 930.50 | $ 1,378.47 | $ 2,308.97 |
| Swidler & Berlin | C25530 | 12/23/91 | 100053 | Whitman | $ 330.45 | $ 486.93 | $ 817.38 |

## Whitman Defense Costs
## With Interest Through April 30, 2004

| Billing Firm | Invoice Number | Invoice Date | Bates Number | Subject | Amount of Bill | Interest as of April 30, 2004 | Amount with Interest |
|---|---|---|---|---|---|---|---|
| Swidler & Berlin | 26814 | 01/31/92 | SUPP-3 01253 | Whitman | $ 133.15 | $ 194.49 | $ 327.64 |
| Swidler & Berlin | C27439 | 02/28/92 | 100054 | Whitman | $ 265.99 | $ 386.09 | $ 652.08 |
| Swidler & Berlin | C27743 | 03/24/92 | 100055 | Whitman | $ 1,070.43 | $ 1,544.94 | $ 2,615.37 |
| Swidler & Berlin | C28505 | 04/30/92 | 100057 | Whitman | $ 164.50 | $ 235.42 | $ 399.92 |
| Swidler & Berlin | C29033 | 05/27/92 | 100058 | Whitman | $ 68.08 | $ 96.83 | $ 164.91 |
| Swidler & Berlin | C29785 | 06/24/92 | 100059 | Whitman | $ 382.50 | $ 540.49 | $ 922.99 |
| Swidler & Berlin | C31044 | 08/25/92 | 100060 | Whitman | $ 1,439.75 | $ 2,005.08 | $ 3,444.83 |
| Swidler & Berlin | C31549 | 09/29/92 | (LXXXVIII-061) | Whitman | $ 2,132.62 | $ 2,945.47 | $ 5,078.09 |
| Swidler & Berlin | C32263 | 10/26/92 | 100062 | Whitman | $ 142.38 | $ 195.38 | $ 337.76 |
| Swidler & Berlin | C3443 | 12/22/92 | (LXXXVIII-045) | Whitman | $ 1,660.64 | $ 2,247.73 | $ 3,908.37 |
| Swidler & Berlin | C34258 | 01/29/93 | (LXXXVIII-036) | Whitman | $ 676.71 | $ 907.50 | $ 1,584.21 |
| Swidler & Berlin | C34773 | 02/25/93 | (LXXXVIII-025) | Whitman | $ 340.16 | $ 453.15 | $ 793.31 |
| Swidler & Berlin | 35676 | 03/31/93 | SUPP-3 01256 | Whitman | $ 1,260.10 | $ 1,664.57 | $ 2,924.67 |
| Swidler & Berlin | C36384 | 04/30/93 | 100063 | Whitman | $ 619.53 | $ 812.28 | $ 1,431.81 |
| Swidler & Berlin | C37119 | 05/31/93 | 100064 | Whitman | $ 471.63 | $ 613.56 | $ 1,085.19 |

## Whitman Defense Costs
## With Interest Through April 30, 2004

| Billing Firm | Invoice Number | Invoice Date | Bates Number | Subject | Amount of Bill | Interest as of April 30, 2004 | Amount with Interest |
|---|---|---|---|---|---|---|---|
| Swidler & Berlin | C37766 | 06/29/93 | 100065 | Whitman | $ 137.31 | $ 177.32 | $ 314.63 |
| Swidler & Berlin | 39857 | 09/28/93 | SUPP-3 01259 | Whitman | $ 465.63 | $ 587.38 | $ 1,053.01 |
| Swidler & Berlin | 40874 | 10/20/93 | SUPP-3 01262 | Whitman | $ 1,891.11 | $ 2,371.92 | $ 4,263.03 |
| Swidler & Berlin | 41566 | 11/17/93 | SUPP-3 01266 | Whitman | $ 491.08 | $ 611.41 | $ 1,102.49 |
| Swidler & Berlin | 42441 | 12/23/93 | SUPP-3 01270 | Whitman | $ 2,255.47 | $ 2,781.46 | $ 5,036.93 |
| Swidler & Berlin | 42843 | 01/24/94 | SUPP-3 01274 | Whitman | $ 562.28 | $ 687.49 | $ 1,249.77 |
| Swidler & Berlin | 44812 | 03/31/94 | SUPP-3 01278 | Whitman | $ 214.90 | $ 258.09 | $ 472.99 |
| Swidler & Berlin | 45932 | 04/30/94 | SUPP-3 01738 | Whitman | $ 210.00 | $ 250.14 | $ 460.14 |
| Swidler & Berlin | 46390 | 05/26/94 | SUPP-3 01281 | Whitman | $ 70.00 | $ 82.78 | $ 152.78 |
| Swidler & Berlin | C51268 | 09/27/94 | 100066 | Whitman | $ 1,330.29 | $ 1,518.94 | $ 2,849.23 |
| Swidler & Berlin | C54140 | 12/22/94 | 100068 | Whitman | $ 70.00 | $ 77.95 | $ 147.95 |
| Swidler & Berlin | 58783 | 05/16/95 | 100069 | Whitman | $ 141.20 | $ 150.50 | $ 291.70 |
| Swidler & Berlin | 61866 | 08/15/95 | 100070 | Whitman | $ 53.75 | $ 55.68 | $ 109.43 |
| | **TOTAL:** | | | | **$ 69,218.99** | **$ 106,776.87** | **$ 175,995.86** |

**NOTE:** Interest has been calculated at 12% beginning 30 days after the invoice date.