# EXHIBIT 10

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE INTRA-OFFICE
CONFERENCES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

Invoice Date: 08/01/89

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 2 | 0 | 07/03/89 | BLM | "CONFERENCE WITH B. TAYLOR RE STATUS" | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
|   |   |   |   | 980504112211O551a *Invoice-total:* | | **0.25** | **0.00** | **$56.25** | **$56.25** |

Invoice Date: 10/09/89

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 1 | 0 | 09/05/89 | BLM | "CONFERENCE WITH R. TAYLOR RE STATUS." | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
|   |   |   |   | 980504112211O551a *Invoice-total:* | | **0.25** | **0.00** | **$56.25** | **$56.25** |
|   |   |   |   | *File-total:* | | **0.50** | **0.00** | **$112.50** | **$112.50** |
|   |   |   |   | **Grand Total** | | | | **$10,740.75** | **$10,740.75** |

Confidential

# EXHIBIT 11

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE INTRA-OFFICE
CONFERENCES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**BOSTIK CLAIMS**

*Invoice Date: 02/14/95*

| 22 | 2 | | 01/24/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE ASSIGNMENTS | $285.00 | 0.25 | 0.00 | $71.25 | $71.25 |
| 24 | 2 | | 01/25/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE ASSIGNMENT | $285.00 | 0.50 | 0.00 | $142.50 | $142.50 |
| 31 | 1 | | 01/31/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE SAME [MEETING SCHEDULE] | $285.00 | 0.50 | 0.00 | $142.50 | $142.50 |
| 31 | 2 | | 01/31/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE SAME [MEETING SCHEDULE]; | $285.00 | 0.50 | 0.00 | $142.50 | $142.50 |

2 8    9805041122110551a  *Invoice-total:* | | | 1.75 | 0.00 | **$498.75** | **$498.75**

*Invoice Date: 03/27/95*

| 14 | 3 | | 02/09/95 | ESW | STATUS REPORT FROM E. CECIL ON MARSHALL LISTING." | $155.00 | 0.25 | 0.00 | $38.75 | $38.75 |

2 9    9805041122110551a  *Invoice-total:* | | | 0.25 | 0.00 | **$38.75** | **$38.75**

*Invoice Date: 04/19/95*

| 15 | 1 | | 03/21/95 | BLM | "CONFERENCE WITH E. WOOLWORTH RE STATUS, FUTURE PLAN | $285.00 | 0.15 | 0.00 | $42.75 | $42.75 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE INTRA-OFFICE
CONFERENCES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| **BOSTIK CLAIMS** | | | | | | | | | |
| *Invoice Date: 04/1995* | | | | | | | | | |
| 19 | 1 | 03/24/95 | BLM | MEETING WITH E. WOOLWORTH AND L. BIAGIONI RE STATUS, OPEN ITEMS, PROCEDURE; | $285.00 | 1.00 | 0.00 | $285.00 | $285.00 |
| | 2 10 | | | 980504112210551s  *Invoice-total:* | | 1.15 | 0.00 | $327.75 | $327.75 |
| *Invoice Date: 05/1695* | | | | | | | | | |
| 4 | 3 | 04/07/95 | BLM | CONFERENCE WITH E. WOOLWORTH RE ASSIGNMENTS." | $285.00 | 0.30 | 0.00 | $85.50 | $85.50 |
| 10 | 1 | 04/11/95 | BLM | CONFERENCE WITH E. WOOLWORTH AND B. KARTZMAN RE STATUS, ASSIGNMENTS; | $285.00 | 0.30 | 0.00 | $85.50 | $85.50 |
| | 2 11 | | | 980504112210551s  *Invoice-total:* | | 0.60 | 0.00 | $171.00 | $171.00 |
| *Invoice Date: 09/2095* | | | | | | | | | |
| 5 | 1 | 08/07/95 | BLM | CONFERENCE WITH D. SWEIGART, B. BARNES AND H. KING RE ASSIGNMENT." | $285.00 | 0.75 | 0.00 | $213.75 | $213.75 |
| 10 | 1 | 08/09/95 | BLM | CONFERENCE WITH B. BARNES RE ASSIGNMENTS." | $285.00 | 0.75 | 0.00 | $213.75 | $213.75 |
| | 2 15 | | | 980504112210551s  *Invoice-total:* | | 1.50 | 0.00 | $427.50 | $427.50 |
| *Invoice Date: 02/1496* | | | | | | | | | |
| 3 | 2 | 01/16/96 | BLM | CONFERENCE WITH, B. BARNES RE ASSIGNMENT. | $285.00 | 0.10 | 0.00 | $28.50 | $28.50 |
| | 2 20 | | | 980504112210551s  *Invoice-total:* | | 0.10 | 0.00 | $28.50 | $28.50 |
| | | | | *File-total:* | | 8.80 | 0.00 | $2,148.00 | $2,148.00 |

Confidential

# EXHIBIT 12

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE/ EXCEPTIONAL CHARGES
AND PRACTICE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

## WHITMAN, MASSACHUSETTS FACILITY

*Invoice Date: 08/01/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 8 | 0 | | 07/29/89 | RT | "REVIEW MATERIALS PREPARED BY H&A; BEGIN LETTER TO CLIENT RE H&A'S PERFORMANCE." | $195.00 | 0.50 | 0.00 | $97.50 | $97.50 |
| | | 9 2 | | | 9805041122110551a *Invoice-total:* | | 0.50 | 0.00 | $97.50 | $97.50 |

*Invoice Date: 06/08/90*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 2 | 0 | | 09/07/90 | RT | "DRAFT MEMO FOR POSSIBLE USE IN INSURANCE COVERAGE LITIGATION." | $225.00 | 1.50 | 0.00 | $337.50 | $337.50 |
| | | 9 11 | | | 9805041122110551a *Invoice-total:* | | 1.50 | 0.00 | $337.50 | $337.50 |
| | | | | | *File-total:* | | 2.00 | 0.00 | $435.00 | $435.00 |

# EXHIBIT 13

*Legalgard Inc.*

## AUDIT INVOICE DETAIL REPORT BY TASK
## QUESTIONABLE/ EXCEPTIONAL CHARGES
## AND PRACTICE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**BOSTIK CLAIMS**

| No. | Blk SEQ | Date | Init. | Description | | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|--|------|-----------|-----------|--------|------------|
| 11 | 1 | 04/11/95 | BSK | "REVIEW DOCUMENTS REGARDING MIDDLETON SITE AND ORIGIN OF BOSTIK CLAIM; | | $145.00 | 1.00 | 0.00 | $145.00 | $145.00 |

*Invoice Date: 05/16/95*

2 11    980504112211055ia   *Invoice-total:*   1.00   0.00   $145.00   $145.00

*File-total:*   2.00   0.00   $300.00   $300.00

# EXHIBIT 14

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
DUPLICATE ATTENDANCE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

*BOSTIK CLAIMS*

*Invoice Date: 03/27/95*

| 10 | 0 | 02/07/95 | ESW | "PREPARING FOR AND ATTENDING MEETING AT BOSTIK WITH CLIENT."[BLM] | $155.00 | 8.00 | 0.00 | 1,240.00 | $1,240.00 |
| | | | | 2 9   *980504I1221I0551a  Invoice-total:* | | 8.00 | 0.00 | **$1,240.00** | **$1,240.00** |
| | | | | *File-total:* | | 22.00 | 0.00 | **$3,270.00** | **$3,270.00** |

# EXHIBIT 15

**Liberty Mutual Group**
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *Invoice Date: 11/30/89* | | | | | | | | | | |
| 5 | 3 | | 10/17/89 | RT | STUDY OF LAW RE MASS 21E AND CONTINGENCY PLAN | $225.00 | 1.00 | 0.00 | $225.00 | $225.00 |
| 7 | 2 | | 10/19/89 | RT | STUDY OF LAW RE 21E OBLIGATIONS OF EMHART WITH RESPECT TO ENTIRE SITS | $225.00 | 1.50 | 0.00 | $337.50 | $337.50 |
| | | 9 5 | | | 980504112210551a  *Invoice-total:* | | 2.50 | 0.00 | $562.50 | $562.50 |
| *Invoice Date: 12/31/90* | | | | | | | | | | |
| 2 | 3 | | 11/02/90 | RT | STUDY OF LAW RE PURCHASE AGREEMENT AND BACKGROUND OF OBLIGATIONS AT THE SITE. | $245.00 | 2.00 | 0.00 | $490.00 | $490.00 |
| | | 9 17 | | | 980504112210551a  *Invoice-total:* | | 2.00 | 0.00 | $490.00 | $490.00 |
| *Invoice Date: 052291* | | | | | | | | | | |
| 3 | 3 | | 04/25/91 | RT | STUDY OF LAW RE REASONS FOR DELAYS IN REMEDIATION PROJECT | $245.00 | 2.00 | 0.00 | $490.00 | $490.00 |
| | | 9 21 | | | 980504112210551a  *Invoice-total:* | | 2.00 | 0.00 | $490.00 | $490.00 |
| | | | | | *File-total:* | | 6.50 | 0.00 | $1,542.50 | $1,542.50 |
| | | | | | **Grand Total** | | | | $37,560.00 | $37,560.00 |

Liberty Mutu  3roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

**Whitman, Massachusetts Facility**

Invoice Date: 09/29/92

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 2 | 0 | | 08/03/92 | LMG | "Research mixture and contained-in rules, contaminated media policies, Mass. hazardous waste definition, other issues" | $175.00 | 3.50 | 0.00 | $612.50 | $612.50 |
| 3 | 1 | | 08/04/92 | LMG | "Research RCRA disposal issues; | $175.00 | 0.25 | 0.00 | $43.75 | $43.75 |
| 5 | 0 | | 08/13/92 | LMG | "Research and draft memo on regulatory status of contaminated soil; TC's to EPA" | $175.00 | 2.25 | 0.00 | $393.75 | $393.75 |
| 6 | 0 | | 08/14/92 | LMG | "Research, draft and revise memo on contaminated soil" | $175.00 | 1.50 | 0.00 | $262.50 | $262.50 |
| | | | | | 63 2   030320112215490018 *Invoice-total:* | | 7.50 | 0.00 | $1,312.50 | $1,312.50 |
| | | | | | *File-total:* | | 7.50 | 0.00 | $1,312.50 | $1,312.50 |

# EXHIBIT 16

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## BOSTIK CLAIMS

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|-----------------|--------------------|--------|---------------------|
| *Invoice Date: 02/14/95* | | | | | | | | | | |
| 17 | 2 | | 01/20/95 | ESW | REVIEWING MICHIGAN ACT 307 | $155.00 | 1.00 | 0.00 | $155.00 | $155.00 |
| 18 | 1 | | 01/22/95 | BLM | REVIEW MICHIGAN ACT 307 RE MARSHALL | $285.00 | 0.50 | 0.00 | $142.50 | $142.50 |
| 22 | 1 | | 01/24/95 | BLM | REVIEW MICHIGAN ACT 307 AND RULES RE MARSHALL | $285.00 | 0.25 | 0.00 | $71.25 | $71.25 |
| 24 | 1 | | 01/25/95 | BLM | REVIEW MICHIGAN ACT 307 RULES RE MARSHALL | $285.00 | 1.00 | 0.00 | $285.00 | $285.00 |
| 25 | 2 | | 01/25/95 | ESW | BEGINNING TO REVIEW MICHIGAN ACT 307 AND REGULATIONS TO PREPARE MEMO RE SELF-IMPLEMENTING NATURE OF REQUIREMENTS | $155.00 | 1.00 | 0.00 | $155.00 | $155.00 |
| 26 | 0 | | 01/26/95 | ESW | "ANALYZING MICHIGAN ACT 307 AND ITS REGULATIONS AS THEY APPLY TO MARSHALL SITE; DRAFTING MEMO RE SAME PER B. MALTER REQUEST." | $155.00 | 6.00 | 0.00 | $930.00 | $930.00 |
| 28 | 0 | | 01/27/95 | ESW | "DRAFTING MEMO RE MICHIGAN ACT 307 AND ITS REGULATIONS AND THEIR APPLICABILITY TO MARSHALL SITUATION (I.E., IS REMEDIAL ACTION VOLUNTARY?)." | $155.00 | 5.50 | 0.00 | $852.50 | $852.50 |
| | | 2 8 | | | 980504112211055ta  *Invoice-total:* | | 15.25 | 0.00 | $2,591.25 | $2,591.25 |
| *Invoice Date: 03/27/95* | | | | | | | | | | |
| 3 | 4 | | 02/02/95 | BLM | REVIEW MEMO RE MARSHALL-MICHIGAN STATUTE AND REGULATIONS | | 1.50 | 0.00 | $427.50 | $427.50 |
| 5 | 1 | | 02/03/95 | BLM | REVIEW MICHIGAN ACT 307 AND REGULATIONS. | $285.00 | 1.00 | 0.00 | $285.00 | $285.00 |
| | | 2 9 | | | 980504112211055ta  *Invoice-total:* | | 2.50 | 0.00 | $712.50 | $712.50 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

### BOSTIK CLAIMS

| No. | Blk SEQ | Date | Init. | Description | Billed Rate Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 06/22/95* | | | | | | | | |
| 9 | 1 | 05/17/95 | BLM | "REVIEW BOSTIK MIDDLETON RISK ASSESSMENT, MASS. MCP;. | 4.00 | 0.00 | $1,140.00 | $1,140.00 |
| | | | | 2 12   9805041122110551a   *Invoice-total:* | 4.00 | 0.00 | $1,140.00 | $1,140.00 |
| *Invoice Date: 09/2095* | | | | | | | | |
| 6 | 0 | 08/07/95 | EJC | "RESEARCH RE MASSACHUSETTS CONTINGENCY PLAN; SEARCH CD-ROM SYSTEM RE SAME AND ARRANGE FOR PRINTING SAME." | 1.50 | 0.00 | $120.00 | $120.00 |
| | | | | 2 15   9805041122110551a   *Invoice-total:* | 1.50 | 0.00 | $120.00 | $120.00 |
| | | | | *File-total:* | 23.75 | 0.00 | $4,636.25 | $4,636.25 |

$285.00

:1,140.00

# EXHIBIT 17

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
SECRETARIAL/ CLERICAL FUNCTIONS

Client ID: **1122**
Client Office ID: **1**
Firm ID: **1055**
Firm Office ID: **1**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 07/28/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 18 | 2 | 06/28/89 | | RT | SEND REVISED DRAFT TO HALEY & ALDRICH | $195.00 | 0.25 | 0.00 | $48.75 | $48.75 |
| | | | 980504112211055 1a | | *Invoice-total:* | | 0.25 | 0.00 | **$48.75** | **$48.75** |

*Invoice Date: 08/01/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 1 | 2 | 07/03/89 | | RT | SEND THE NEW DRAFT TO BOUCHARD OF HALEY & ALDRICH. | $195.00 | 0.50 | 0.00 | $97.50 | $97.50 |
| 4 | 1 | 07/05/89 | | RT | TELECOPY PACKAGE TO BOUCHARD | $195.00 | 0.25 | 0.00 | $48.75 | $48.75 |
| | | | 980504112211055 1a | | *Invoice-total:* | | 0.75 | 0.00 | **$146.25** | **$146.25** |

*Invoice Date: 10/06/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 3 | 2 | 09/14/89 | | RT | TELECOPY [REPORT] TO BOUCHARD AND BIAGIONI. | $195.00 | 0.25 | 0.00 | $48.75 | $48.75 |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
SECRETARIAL/ CLERICAL FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## WHITMAN, MASSACHUSETTS FACILITY

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 10/06/89* | | | | | | | | | | |
| 6 | 2 | | 09/19/89 | RT | TELECOPY LETTER. | $195.00 | 0.25 | 0.00 | $48.75 | $48.75 |
| | | 9 4 | | | *980504112211055fa Invoice-total:* | | 0.50 | 0.00 | $97.50 | $97.50 |
| *Invoice Date: 11/30/89* | | | | | | | | | | |
| 8 | 2 | | 10/20/89 | RT | SEND KALISH'S RESPONSE TO BIAGIONI AND BOUCHARD. | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 5 | | | *980504112211055fa Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| *Invoice Date: 01/30/90* | | | | | | | | | | |
| 3 | 0 | | 12/15/89 | BA | "FILE ORGANIZATION AND MAINTENANCE." | $38.00 | 1.00 | 0.00 | $38.00 | $38.00 |
| | | 9 6 | | | *980504112211055fa Invoice-total:* | | 1.00 | 0.00 | $38.00 | $38.00 |
| *Invoice Date: 03/06/90* | | | | | | | | | | |
| 2 | 2 | | 02/07/90 | RT | SEND MATERIALS (FILED WITH STATE) TO KALISH). | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 8 | | | *980504112211055fa Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| *Invoice Date: 04/23/90* | | | | | | | | | | |
| 4 | 3 | | 03/31/90 | RT | TELECOPY MATERIALS. | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 9 | | | *980504112211055fa Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| *Invoice Date: 10/29/90* | | | | | | | | | | |
| 4 | 2 | | 09/27/90 | RT | TELECOPY TO BIAGIONI. | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 15 | | | *980504112211055fa Invoice-total:* | | 0.25 | 0.00 | $56.25 | $56.25 |
| *Invoice Date: 03/29/91* | | | | | | | | | | |
| 4 | 3 | | 02/01/91 | RT | SEND (LETTER (TO FENTON)) TO CLIENT. | $245.00 | 0.25 | 0.00 | $61.25 | $61.25 |
| | | 9 19 | | | *980504112211055fa Invoice-total:* | | 0.25 | 0.00 | $61.25 | $61.25 |
| *Invoice Date: 04/30/91* | | | | | | | | | | |
| 2 | 2 | | 03/04/91 | RT | SEND OUT DRAFT AGREEMENT. | $245.00 | 0.25 | 0.00 | $61.25 | $61.25 |
| | | 9 20 | | | *980504112211055fa Invoice-total:* | | 0.25 | 0.00 | $61.25 | $61.25 |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
SECRETARIAL/ CLERICAL FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

*WHITMAN, MASSACHUSETTS FACILITY*

Invoice Date: 06/18/91

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 2 | 1 | 05/01/91 | RT | SEND OUT LETTER [TO SIMONS]. | $245.00 | 0.25 | 0.00 | $61.25 | $61.25 |
|   |   | 9 22 |   | 9805041122110551a  *Invoice-total:* |  | 0.25 | 0.00 | $61.25 | $61.25 |
|   |   |   |   | *File-total:* |  | 4.25 | 0.00 | $739.25 | $739.25 |

**Confidential**

Page 303 of 347

# EXHIBIT 18

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
SECRETARIAL/ CLERICAL FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| **BOSTIK CLAIMS** | | | | | | | | | |
| *Invoice Date: 02/14/95* | | | | | | | | | |
| 23 | 0 | 01/24/95 | ESW | "FAXING HANDOUTS FROM CLIENT MEETING TO R. GREBE; DOCUMENT MANAGEMENT." | $155.00 | 0.25 | 0.00 | $38.75 | $38.75 |
| | | | | 2 8        9805041122110551a  *Invoice-total:* | | 0.25 | 0.00 | $38.75 | $38.75 |
| *Invoice Date: 04/1995* | | | | | | | | | |
| 6 | 1 | 03/10/95 | EJC | TELEPHONE CONFERENCES WITH MDNR RE COPY CHARGES; | $80.00 | 0.15 | 0.00 | $12.00 | $12.00 |
| | | | | 2 10        9805041122110551a  *Invoice-total:* | | 0.15 | 0.00 | $12.00 | $12.00 |
| *Invoice Date: 09/2095* | | | | | | | | | |
| 7 | 0 | 08/07/95 | HK | "REVIEW BOSTIK INVOICES FOR B. MALTER." | $40.00 | 2.50 | 0.00 | $100.00 | $100.00 |
| | | | | 2 15        9805041122110551a  *Invoice-total:* | | 2.50 | 0.00 | $100.00 | $100.00 |
| | | | | *File-total:* | | 3.10 | 0.00 | $179.75 | $179.75 |

# EXHIBIT 19

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE SECRETARIAL/ CLERICAL
FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|-----------------|--------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 07/26/89*

| 18 | 4 | | 06/28/89 | RT | ARRANGE FOR NEW DUE DATE OF JULY 6. | $195.00 | 0.50 | 0.00 | $97.50 | $97.50 |
| | | 9 1 | | | 9805041122110551a *Invoice-total:* | | 0.50 | 0.00 | $97.50 | $97.50 |

*Invoice Date: 08/01/89*

| 4 | 3 | | 07/05/89 | RT | ORGANIZE MATERIALS. | $195.00 | 1.25 | 0.00 | $243.75 | $243.75 |
| | | 9 2 | | | 9805041122110551a *Invoice-total:* | | 1.25 | 0.00 | $243.75 | $243.75 |

Confidential

Page 272 of 347

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE SECRETARIAL/ CLERICAL
FUNCTIONS

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *WHITMAN, MASSACHUSETTS FACILITY* | | | | | | | | | |
| *Invoice Date: 02/27/90* | | | | | | | | | |
| 1 | 0 | 01/08/90 | RT | "OBTAIN STATUS REPORT FROM BOUCHARD." | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 7 | | 980504112211055!a *Invoice-total:* | | 0.25 | 0.00 | **$56.25** | **$56.25** |
| *Invoice Date: 08/31/90* | | | | | | | | | |
| 3 | 1 | 07/14/90 | RT | COLLECT MATERIALS TO BE USED | $225.00 | 0.25 | 0.00 | $56.25 | $56.25 |
| | | 9 13 | | 980504112211055!a *Invoice-total:* | | 0.25 | 0.00 | **$56.25** | **$56.25** |
| | | | | *File-total:* | | 2.25 | 0.00 | **$453.75** | **$453.75** |

Confidential

Liberty Mutt  iroup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

Client  122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

*Legal₈  d Inc.*

## AUDIT INVOICE DETAIL REPORT BY TASK
## QUESTIONABLE SECRETARIAL/ CLERICAL
## FUNCTIONS

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Whitman, Massachusetts Facility* | | | | | | | | | | |
| *Invoice Date: 10/20/93* | | | | | | | | | | |
| 3 | 2 | | 09/10/93 | RT | telecopy to B. Beck forwarding redrafted letters to owners of affected wells." | $265.00 | 0.10 | 0.00 | $26.50 | $26.50 |
| | | 63 10 | | | 0303201122154901a  *Invoice-total:* | | 0.10 | 0.00 | $26.50 | $26.50 |
| | | | | | *File-total:* | | 0.10 | 0.00 | $26.50 | $26.50 |
| | | | | | Grand Total | | | | $643.75 | $643.75 |