# EXHIBIT 26

Liberty Mutl. 3roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

Client  1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

*Legal&...rd Inc.*

AUDIT INVOICE DETAIL REPORT BY TASK

TELEPHONE CHARGES

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 6 | 0 | 09/30/93 | XXX | "Telephone TELEPHONE CHARGES FOR THE MONTH OF SEPTEMBER, 1993" | $8.04 | 1.00 | 0.00 | $8.04 | $8.04 |
| | | | | 63 10     030320112215490l a    *Invoice-total:* | | 1.00 | 0.00 | $8.04 | $8.04 |

*Whitman, Massachusetts Facility*

*Invoice Date: 10/20/93*

Liberty Mut. 3roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal₁ rd Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
TELEPHONE CHARGES

Clien. 1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| **Whitman, Massachusetts Facility** | | | | | | | | | | |
| *Invoice Date:* 11/17/93 | | | | | | | | | | |
| 5 | 0 | | 10/31/93 | XXX | "Telephone TELEPHONE CHARGES FOR THE MONTH OF OCTOBER, 1993" | $1.08 | 1.00 | 0.00 | $1.08 | $1.08 |
| | | 63 11 | | | 03032011221549018 *Invoice-total:* | | **1.00** | **0.00** | **$1.08** | **$1.08** |
| *Invoice Date:* 12/23/93 | | | | | | | | | | |
| 12 | 0 | | 11/30/93 | XXX | "Telephone TELEPHONE CHARGES FOR THE MONTH OF NOVEMBER, 1993" | $8.20 | 1.00 | 0.00 | $8.20 | $8.20 |
| | | 63 12 | | | 03032011221549018 *Invoice-total:* | | **1.00** | **0.00** | **$8.20** | **$8.20** |
| | | | | | *File-total:* | | **3.00** | **0.00** | **$17.32** | **$17.32** |

# EXHIBIT 27

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

### Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### TELEPHONE CHARGES

Client ID: 1122
Client Office ID: 1
- Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Rate | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Invoice Date: 04/19/95 | | | | | | | | | | | |
| 24 | 0 | | 03/28/95 | XXX | "CALLING CARD" | | | | | | |
| | | 2 | 10 | | 980504112211055fa | 1.00 | 1.00 | 0.00 | 0.00 | $17.28 | $17.28 |
| | | | | | Invoice-total: | | | | | $17.28 | $17.28 |
| Invoice Date: 05/16/95 | | | | | | | | | | | |
| 27 | 0 | | 04/28/95 | XXX | "COLLECT CALL CHARGES" | | | | | | |
| | | 2 | 11 | | 980504112211055fa | 1.00 | 1.00 | 0.00 | 0.00 | $2.64 | $2.64 |
| | | | | | Invoice-total: | | | | | $2.64 | $2.64 |
| Invoice Date: 07/20/95 | | | | | | | | | | | |
| 10 | 0 | | 06/19/95 | XXX | "CALLING CARD" | | | | | | |
| | | 2 | 13 | | 980504112211055fa | 1.00 | 1.00 | 0.00 | 0.00 | $5.39 | $5.39 |
| | | | | | Invoice-total: | | | | | $5.39 | $5.39 |
| | | | | | File-total: | | 4.00 | | 0.00 | $28.87 | $28.87 |

Confidential

Liberty Muti  ³roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal, ʌd Inc.*

## AUDIT INVOICE DETAIL REPORT BY TASK
## TELEPHONE CHARGES

Client:        1122
Client Office ID: 1
Firm ID: **5490**
Firm Office ID: 1

*Bostik Claims*

| No. | Blk SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Rate | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|-------------|------------------|----------------|---------------------|--------|---------------------|
| 7 | 0 | 05/31/96 | XXX | "Telephone Telephone Charges for the month ending 05-31-96" | | | | | | |
| | | | | 61 5 | $5.05 | 1.00 | 0.00 | | $5.05 | $5.05 |
| | | | | 030320112215 4901a | | 1.00 | 0.00 | | $5.05 | $5.05 |

*Invoice Date: 06/20/96*

*Invoice-total:*    $5.05    1.00    0.00    $5.05    $42.23

*File-total:*    4.00    0.00    **$5.05**    **$42.23**

# EXHIBIT 28

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
OVERTIME CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 07/28/89*

| 25 | 0 | | 06/30/89 | XXX | "WORD PROCESSING" | $8.75 | 1.00 | 0.00 | $8.75 | $8.75 |
| | | 9 1 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $8.75 | $8.75 |

*Invoice Date: 11/3/0089*

| 13 | 0 | | 10/30/89 | XXX | "WORD PROCESSING" | $8.75 | 1.00 | 0.00 | $8.75 | $8.75 |
| | | 9 5 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $8.75 | $8.75 |

*Invoice Date: 01/3/0090*

| 6 | 0 | | 12/15/89 | XXX | "WORD PROCESSING" | $1.25 | 1.00 | 0.00 | $1.25 | $1.25 |
| | | 9 6 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $1.25 | $1.25 |

*Invoice Date: 05/21/90*

| 6 | 0 | | 04/25/90 | XXX | "WORD PROCESSING" | $2.50 | 1.00 | 0.00 | $2.50 | $2.50 |
| | | 9 10 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $2.50 | $2.50 |

*Invoice Date: 06/08/90*

| 5 | 0 | | 09/07/90 | XXX | "WORD PROCESSING" | $2.50 | 1.00 | 0.00 | $2.50 | $2.50 |
| | | 9 11 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $2.50 | $2.50 |

*Invoice Date: 11/3/0090*

| 8 | 0 | | 10/18/90 | XXX | "WORD PROCESSING" | $2.50 | 1.00 | 0.00 | $2.50 | $2.50 |
| | | 9 16 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $2.50 | $2.50 |

*Invoice Date: 12/31/90*

| 15 | 0 | | 11/29/90 | XXX | "WORD PROCESSING" | $47.50 | 1.00 | 0.00 | $47.50 | $47.50 |
| | | 9 17 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $47.50 | $47.50 |

*Invoice Date: 01/07/91*

| 10 | 0 | | 12/20/90 | XXX | "WORD PROCESSING" | $28.75 | 1.00 | 0.00 | $28.75 | $28.75 |
| | | 9 18 | | | 980504112211055 1a  *Invoice-total:* | | 1.00 | 0.00 | $28.75 | $28.75 |

Confidential

Page 199 of 347

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
OVERTIME CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**WHITMAN, MASSACHUSETTS FACILITY**

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|--|------|------------------|---------------------|--------|---------------------|
| *Invoice Date: 03/29/91* | | | | | | | | | | | |
| 11 | 0 | | 02/01/91 | XXX | "WORD PROCESSING" | | $32.50 | 1.00 | 0.00 | $32.50 | $32.50 |
| | | 9 19 | | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $32.50 | $32.50 |
| *Invoice Date: 04/30/91* | | | | | | | | | | | |
| 13 | 0 | | 03/21/91 | XXX | "WORD PROCESSING" | | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | 9 20 | | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $9.00 | $9.00 |
| *Invoice Date: 05/22/91* | | | | | | | | | | | |
| 7 | 0 | | 04/30/91 | XXX | "WORD PROCESSING" | | $21.00 | 1.00 | 0.00 | $21.00 | $21.00 |
| | | 9 21 | | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $21.00 | $21.00 |
| *Invoice Date: 06/18/91* | | | | | | | | | | | |
| 7 | 0 | | 05/18/91 | XXX | "WORD PROCESSING" | | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | 9 22 | | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $9.00 | $9.00 |
| *Invoice Date: 11/29/91* | | | | | | | | | | | |
| 7 | 0 | | 10/28/91 | XXX | "WORD PROCESSING" | | $19.50 | 1.00 | 0.00 | $19.50 | $19.50 |
| | | 9 27 | | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $19.50 | $19.50 |
| *Invoice Date: 03/24/92* | | | | | | | | | | | |
| 6 | 0 | | 02/27/92 | XXX | "WORD PROCESSING" | | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | 9 30 | | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $9.00 | $9.00 |
| *Invoice Date: 05/27/92* | | | | | | | | | | | |
| 2 | 0 | | 04/30/92 | XXX | "WORD PROCESSING" | | $1.50 | 1.00 | 0.00 | $1.50 | $1.50 |
| | | 9 32 | | | 980504112211055 1a | *Invoice-total:* | | 1.00 | 0.00 | $1.50 | $1.50 |

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
OVERTIME CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| **WHITMAN, MASSACHUSETTS FACILITY** | | | | | | | | | | |
| *Invoice Date: 08/25/92* | | | | | | | | | | |
| 7 | 0 | | 07/31/92 | XXX | "WORD PROCESSING" | $1.50 | 1.00 | 0.00 | $1.50 | $1.50 |
| | | 9 34 | | | 980504112211055ta | *Invoice-total:* | 1.00 | 0.00 | $1.50 | $1.50 |
| | | | | | | *File-total:* | 16.00 | 0.00 | $205.50 | $205.50 |

Liberty Mutu... ;roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

Client  1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

*Legal₅ ...d Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
WORD PROCESSING CHARGES- EXPENSE

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *Whitman, Massachusetts Facility* | | | | | | | | | | |
| *Invoice Date:* 09/29/92 | | | | | | | | | | |
| 13 | 0 | | 08/27/92 | XXX | "Word Processing" | $28.50 | 1.00 | 0.00 | $28.50 | $28.50 |
| | | 63 2 | | | 0303201122154901a *Invoice-total:* | | 1.00 | 0.00 | **$28.50** | **$28.50** |
| | | | | | *File-total:* | | 1.00 | 0.00 | **$28.50** | **$28.50** |

# EXHIBIT 29

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
OVERTIME CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

Invoice Date: 06/22/95

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 17 | 0 | | 05/31/95 | XXX | "SECRETARIAL OVERTIME" | $374.81 | 1.00 | 0.00 | $374.81 | $374.81 |
| | | 2 12 | | | 980504112211055 1a    *Invoice-total:* | | 1.00 | 0.00 | $374.81 | $374.81 |
| | | | | | *File-total:* | | 1.00 | 0.00 | $374.81 | $374.81 |

# EXHIBIT 30

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
COMPUTERIZED LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|--|------|-----------------|---------------------|--------|--------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 08/01/89*

| 13 | 0 | 07/31/89 | XXX | "RESEARCH" | | | $19.31 | 1.00 | 0.00 | $19.31 | $19.31 |
| | | 9 2 | | | 9805041122110551a | *Invoice-total:* | | 1.00 | 0.00 | **$19.31** | **$19.31** |

*Invoice Date: 01/07/91*

| 11 | 0 | 12/20/90 | XXX | "RESEARCH" | | | $2.63 | 1.00 | 0.00 | $2.63 | $2.63 |
| | | 9 18 | | | 9805041122110551a | *Invoice-total:* | | 1.00 | 0.00 | **$2.63** | **$2.63** |

Confidential

Page 21 of 347

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
COMPUTERIZED LEGAL RESEARCH

*WHITMAN, MASSACHUSETTS FACILITY*

Invoice Date: 10/26/92

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 1 | | 0 | 10/26/92 | XXX | "RESEARCH" | $110.33 | 1.00 | 0.00 | $110.33 | $110.33 |
| | | 9 35 | | | 9805041122110551a *Invoice-total:* | | 1.00 | 0.00 | $110.33 | $110.33 |
| | | | | | *File-total:* | | 3.00 | 0.00 | $132.27 | $132.27 |

Page 22 of 347

Confidential

# EXHIBIT 31

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
COMPUTERIZED LEGAL RESEARCH

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

*BOSTIK CLAIMS*

*Invoice Date:* 072396

| 33 | 0 | 06/18/96 | XXX | "RESEARCH" | $89.39 | 1.00 | 0.00 | $89.39 | $89.39 |
| | | | | 2 24 | | | | | |

980504112210551a  *Invoice-total:*  1.00  0.00  **$89.39**  **$89.39**

*File-total:*  1.00  0.00  **$89.39**  **$89.39**

# EXHIBIT 32

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|---|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 08/01/89*

| 12 | 0 | | 07/31/89 | XXX | "POSTAGE CHARGE" | | $1.45 | 1.00 | 0.00 | $1.45 | $1.45 |
| | | 9 2 | | | | 9805041122110551a | *Invoice-total:* | 1.00 | 0.00 | **$1.45** | **$1.45** |

*Invoice Date: 10/06/89*

| 9 | 0 | | 09/27/89 | XXX | "POSTAGE CHARGE" | | $0.25 | 1.00 | 0.00 | $.25 | $.25 |
| | | 9 4 | | | | 9805041122110551a | *Invoice-total:* | 1.00 | 0.00 | **$0.25** | **$0.25** |

*Invoice Date: 04/23/90*

| 7 | 0 | | 03/31/90 | XXX | "POSTAGE CHARGE" | | $0.25 | 1.00 | 0.00 | $.25 | $.25 |
| | | 9 9 | | | | 9805041122110551a | *Invoice-total:* | 1.00 | 0.00 | **$0.25** | **$0.25** |

*Invoice Date: 05/21/90*

| 4 | 0 | | 04/25/90 | XXX | "POSTAGE CHARGE" | | $1.35 | 1.00 | 0.00 | $1.35 | $1.35 |
| | | 9 10 | | | | 9805041122110551a | *Invoice-total:* | 1.00 | 0.00 | **$1.35** | **$1.35** |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|-----------|----------|--------|------------|
| **WHITMAN, MASSACHUSETTS FACILITY** | | | | | | | | | | |
| *Invoice Date: 04/30/91* | | | | | | | | | | |
| 12 | 0 | | 03/21/91 | XXX | "POSTAGE CHARGE" | $0.58 | 1.00 | 0.00 | $.58 | $.58 |
| | | 9 20 | | | 9805041122110551a | *Invoice-total:* | 1.00 | 0.00 | $0.58 | $0.58 |
| *Invoice Date: 06/18/91* | | | | | | | | | | |
| 6 | 0 | | 05/18/91 | XXX | "POSTAGE CHARGE" | $0.52 | 1.00 | 0.00 | $.52 | $.52 |
| | | 9 22 | | | 9805041122110551a | *Invoice-total:* | 1.00 | 0.00 | $0.52 | $0.52 |
| | | | | | | *File-total:* | 6.00 | 0.00 | $4.40 | $4.40 |

Page 248 of 347

Confidential

Liberty Mutu  Jroup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

Clien  **1122**
Client Office ID: **1**
Firm ID: **5490**
Firm Office ID: **1**

*Legal₆ᵣd Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

| No. | Blk SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|---|------|------------------|---------------------|--------|---------------------|

*Whitman, Massachusetts Facility*
*Invoice Date: 09/29/92*

| 12 | 0 | 08/27/92 | XXX | "Postage Charge" | | $0.29 | 1.00 | 0.00 | $.29 | $.29 |
| | | | | 63 2 | 03032011221154901a  *Invoice-total:* | | 1.00 | 0.00 | **$0.29** | **$0.29** |

Liberty Mutt    .iroup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal₆ :d Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client  **1122**
Client Office ID: **1**
Firm ID: **5490**
Firm Office ID: **1**

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| *Whitman, Massachusetts Facility* | | | | | | | | | |
| *Invoice Date: 10/20/93* | | | | | | | | | |
| 8 | 0 | 09/30/93 | XXX | "Postage POSTAGE CHARGE FOR THE MONTH OF SEPTEMBER" | $4.57 | 1.00 | 0.00 | $4.57 | $4.57 |
| | | | | 63 10    030320112215490*1a  *Invoice-total:* | | 1.00 | 0.00 | **$4.57** | **$4.57** |
| | | | | *File-total:* | | 2.00 | 0.00 | **$4.86** | **$4.86** |
| | | | | **Grand Total** | | | | **$18.93** | **$18.93** |

# EXHIBIT 33

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|-----------|-----------|--------|------------|
| 16 | 0 | 2 6 | 11/28/94 | XXX | "POSTAGE CHARGE" | | 1.00 | 0.00 | $3.82 | $3.82 |
| *Invoice Date: 12/22/94* | | | | | *98050411221105 51a Invoice-total:* | $3.82 | 1.00 | 0.00 | $3.82 | $3.82 |
| 28 | 0 | 2 9 | 02/27/95 | XXX | "POSTAGE CHARGE" | | 1.00 | 0.00 | $3.89 | $3.89 |
| *Invoice Date: 03/27/95* | | | | | *98050411221105 51a Invoice-total:* | $3.89 | 1.00 | 0.00 | $3.89 | $3.89 |
| 29 | 0 | 2 10 | 03/28/95 | XXX | "POSTAGE CHARGE" | | 1.00 | 0.00 | $4.22 | $4.22 |
| *Invoice Date: 04/19/95* | | | | | *98050411221105 51a Invoice-total:* | $4.22 | 1.00 | 0.00 | $4.22 | $4.22 |
| 31 | 0 | 2 11 | 04/28/95 | XXX | "POSTAGE CHARGE" | | 1.00 | 0.00 | $5.04 | $5.04 |
| *Invoice Date: 05/16/95* | | | | | *98050411221105 51a Invoice-total:* | $5.04 | 1.00 | 0.00 | $5.04 | $5.04 |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## BOSTIK CLAIMS

| No. | Blk SEQ | Date | Init. | Description | Billed Rate Time/Unit | | Allowable Time/Unit | Possible Charge | Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| Invoice Date: 06/22/95 | | | | | | | | | |
| 16 | 0 | 05/31/95 | XXX | "POSTAGE CHARGE" | $2.25 | 1.00 | 0.00 | $2.25 | $2.25 |
| | | | | 2 12 | *Invoice-total:* | | | | |
| Invoice Date: 07/20/95 | | | | | | | | | |
| 13 | 0 | 06/19/95 | XXX | "POSTAGE CHARGE" | $3.44 | 1.00 | 0.00 | $3.44 | $3.44 |
| | | | | 2 13 | *Invoice-total:* | | | | |
| Invoice Date: 08/15/95 | | | | | | | | | |
| 12 | 0 | 07/31/95 | XXX | "POSTAGE CHARGE" | $1.47 | 1.00 | 0.00 | $1.47 | $1.47 |
| | | | | 2 14 | *Invoice-total:* | | | | |
| Invoice Date: 09/20/95 | | | | | | | | | |
| 21 | 0 | 08/31/95 | XXX | "POSTAGE CHARGE" | $5.98 | 1.00 | 0.00 | $5.98 | $5.98 |
| | | | | 2 15 | *Invoice-total:* | | | | |
| Invoice Date: 10/20/95 | | | | | | | | | |
| 14 | 0 | 09/06/95 | XXX | "POSTAGE CHARGE" | $0.78 | 1.00 | 0.00 | $.78 | $.78 |
| | | | | 2 16 | *Invoice-total:* | | | | |
| Invoice Date: 11/17/95 | | | | | | | | | |
| 9 | 0 | 10/30/95 | XXX | "POSTAGE CHARGE" | $2.11 | 1.00 | 0.00 | $2.11 | $2.11 |
| | | | | 2 17 | *Invoice-total:* | | | | |
| Invoice Date: 12/9/95 | | | | | | | | | |
| 7 | 0 | 11/30/95 | XXX | "POSTAGE CHARGE" | $6.96 | 1.00 | 0.00 | $6.96 | $6.96 |
| | | | | 2 18 | *Invoice-total:* | | | | |
| Invoice Date: 04/18/96 | | | | | | | | | |
| 5 | 0 | 03/18/96 | XXX | "POSTAGE CHARGE" | $0.78 | 1.00 | 0.00 | $0.78 | $0.78 |
| | | | | 2 22 | *Invoice-total:* | | | | |

980504112211055 1a

Confidential

Page 233 of 347

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
POSTAGE

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**BOSTIK CLAIMS**
*Invoice Date: 07/23/96*

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate Time/Unit | | Allowable Time/Unit | | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------|------|------|------|------|
| 32 | 0 | 06/18/96 | | XXX | "POSTAGE CHARGE" | | 1.00 | | 0.00 | | |
| | | | | | 2 24  9805041122110551a | | 1.00 | | 0.00 | $3.00 | $3.00 |
| | | | | | *Invoice-total:* | $3.00 | 1.00 | 0.00 | 0.00 | $3.00 | $3.00 |
| | | | | | *File-total:* | | 17.00 | | 0.00 | $85.37 | $85.37 |