# EXHIBIT 34

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
MESSENGER/ COURIER/ DELIVERY
CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**
*Invoice Date: 07/26/89*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 22 | 0 | | 06/30/89 | XXX | "COURIER CHARGE" | $10.20 | 1.00 | 0.00 | $10.20 | $10.20 |
| | | 9 1 | | | 980504112211055 1a | | | | | |

*Invoice-total:* $10.20 0.00 $10.20 $10.20

*File-total:* 1.00 0.00 $10.20 $10.20

**Grand Total** $523.12 $523.12

# EXHIBIT 35

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### MESSENGER/ COURIER/ DELIVERY CHARGES

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|--|------|------------------|---------------------|--------|---------------------|

**BOSTIK CLAIMS**

Invoice Date: 01/23/95

| 7 | 0 | 12/22/94 | XXX | "COURIER CHARGE" | | $11.63 | 1.00 | 0.00 | $11.63 | $11.63 |
| | 2 7 | | 9805041122110551a | *Invoice-total:* | | 1.00 | 0.00 | $11.63 | $11.63 |
| | | | | *File-total:* | | 2.00 | 0.00 | $32.50 | $32.50 |

Liberty Mutt~ ;roup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

**_Legal~ ~d Inc._**
**AUDIT INVOICE DETAIL REPORT BY TASK**
**MESSENGER/ COURIER/ DELIVERY**
**CHARGES**

Client 1122
Client Office ID: 1
Firm ID: 5490
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| **_Bostik Claims_** | | | | | | | | | | |
| _Invoice Date: 06/20/96_ | | | | | | | | | | |
| 6 | 0 | | 05/03/96 | XXX | "Delivery Service A.G. Management, Inc. 2/044102,05/07/96" | $11.63 | 1.00 | 0.00 | $11.63 | $11.63 |
| | | 61 5 | | | 03032011221549*01a* _Invoice-total:_ | | 1.00 | 0.00 | $11.63 | $11.63 |
| | | | | | _File-total:_ | | 1.00 | 0.00 | $11.63 | $11.63 |
| | | | | | **Grand Total** | | | | $11.63 | $11.63 |

# EXHIBIT 36

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
EXPRESS/OVERNIGHT MAIL CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|--|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 07/26/89*

| 23 | 0 | 06/30/89 | XXX | "FEDERAL EXPRESS" | | $18.00 | 1.00 | 0.00 | $18.00 | $18.00 |
| | | | | 9 1 | 98050411221105551a | *Invoice-total:* | | 1.00 | 0.00 | **$18.00** | **$18.00** |

*Invoice Date: 08/01/89*

| 10 | 0 | 07/31/89 | XXX | "FEDERAL EXPRESS" | | $18.00 | 1.00 | 0.00 | $18.00 | $18.00 |
| | | | | 9 2 | 98050411221105551a | *Invoice-total:* | | 1.00 | 0.00 | **$18.00** | **$18.00** |

*Invoice Date: 09/18/89*

| 5 | 0 | 08/22/89 | XXX | "FEDERAL EXPRESS" | | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | | | 9 3 | 98050411221105551a | *Invoice-total:* | | 1.00 | 0.00 | **$9.00** | **$9.00** |

*Invoice Date: 10/06/89*

| 8 | 0 | 09/27/89 | XXX | "FEDERAL EXPRESS" | | $9.00 | 1.00 | 0.00 | $9.00 | $9.00 |
| | | | | 9 4 | 98050411221105551a | *Invoice-total:* | | 1.00 | 0.00 | **$9.00** | **$9.00** |

*Invoice Date: 03/06/90*

| 4 | 0 | 02/27/90 | XXX | "FEDERAL EXPRESS" | | $19.00 | 1.00 | 0.00 | $19.00 | $19.00 |
| | | | | 9 8 | 98050411221105551a | *Invoice-total:* | | 1.00 | 0.00 | **$19.00** | **$19.00** |

*Invoice Date: 04/23/90*

| 5 | 0 | 03/31/90 | XXX | "FEDERAL EXPRESS" | | $18.00 | 1.00 | 0.00 | $18.00 | $18.00 |
| | | | | 9 9 | 98050411221105551a | *Invoice-total:* | | 1.00 | 0.00 | **$18.00** | **$18.00** |

Confidential

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### EXPRESS/OVERNIGHT MAIL CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

**WHITMAN, MASSACHUSETTS FACILITY**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 12/31/90* | | | | | | | | | | |
| 13 | 0 | | 11/29/90 | XXX | "FEDERAL EXPRESS" | $9.75 | 1.00 | 0.00 | $9.75 | $9.75 |
| | | 9 17 | | | 980504112210551a  *Invoice-total:* | | 1.00 | 0.00 | $9.75 | $9.75 |
| *Invoice Date: 01/07/91* | | | | | | | | | | |
| 8 | 0 | | 12/20/90 | XXX | "FEDERAL EXPRESS" | $9.75 | 1.00 | 0.00 | $9.75 | $9.75 |
| | | 9 18 | | | 980504112210551a  *Invoice-total:* | | 1.00 | 0.00 | $9.75 | $9.75 |
| *Invoice Date: 03/29/91* | | | | | | | | | | |
| 10 | 0 | | 02/01/91 | XXX | "FEDERAL EXPRESS" | $9.75 | 1.00 | 0.00 | $9.75 | $9.75 |
| | | 9 19 | | | 980504112210551a  *Invoice-total:* | | 1.00 | 0.00 | $9.75 | $9.75 |
| *Invoice Date: 04/30/91* | | | | | | | | | | |
| 11 | 0 | | 03/21/91 | XXX | "FEDERAL EXPRESS" | $29.25 | 1.00 | 0.00 | $29.25 | $29.25 |
| | | 9 20 | | | 980504112210551a  *Invoice-total:* | | 1.00 | 0.00 | $29.25 | $29.25 |
| *Invoice Date: 06/18/91* | | | | | | | | | | |
| 5 | 0 | | 05/18/91 | XXX | "FEDERAL EXPRESS" | $19.50 | 1.00 | 0.00 | $19.50 | $19.50 |
| | | 9 22 | | | 980504112210551a  *Invoice-total:* | | 1.00 | 0.00 | $19.50 | $19.50 |
| | | | | | *File-total:* | | 11.00 | 0.00 | $169.00 | $169.00 |

Confidential

Page 42 of 347

Liberty Muti ً  ًroup
Dover NH
Swidler Berlin Shereff Friedman
New York NY

## Legal₍ₑ ᵈ Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### EXPRESS/OVERNIGHT MAIL CHARGES

Client  **1122**
Client Office ID: **1**
Firm ID: **5490**
Firm Office ID: **1**

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**Whitman, Massachusetts Facility**

*Invoice Date: 10/20/93*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 5 | 0 | 09/16/93 | | XXX | "Federal Express Federal Express Corporation 2/026647,09/22/93 ONE PACKAGE SHIPPED VIA POWERSHIP ON 9/16/93" | $10.10 | 1.00 | 0.00 | $10.10 | $10.10 |
| | | | | | 63 10    030320112215490*1a*  *Invoice-total:* | | **1.00** | **0.00** | **$10.10** | **$10.10** |

*Invoice Date: 12/23/93*

| 10 | 0 | 11/02/93 | | XXX | "Federal Express Federal Express Corporation 2/027302,11/05/93 ONE PACKAGE SHIPPED VIA POWERSHIP ON 11/2/93" | $10.10 | 1.00 | 0.00 | $10.10 | $10.10 |
| | | | | | 63 12    030320112215490*1a*  *Invoice-total:* | | **1.00** | **0.00** | **$10.10** | **$10.10** |
| | | | | | *File-total:* | | **2.00** | **0.00** | **$20.20** | **$20.20** |
| | | | | | **Grand Total** | | | | **$40.20** | **$40.20** |

# EXHIBIT 37

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
EXPRESS/OVERNIGHT MAIL CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

## BOSTIK CLAIMS

| No. | Blk SEQ | Date | Init. | Description | Billed Rate Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------------------------|---------------------|--------|----------------------|
| 14 | 0 | 11/28/94 | XXX | 2 6  "FEDERAL EXPRESS" 98050411221105518 | | | | |
| Invoice Date: 12/22/94 | | | | *Invoice-total:* | $10.10  1.00 | 0.00 | $10.10 | $10.10 |
| 8 | 0 | 12/22/94 | XXX | 2 7  "FEDERAL EXPRESS" 98050411221105518 | | | | |
| Invoice Date: 01/23/95 | | | | *Invoice-total:* | $31.02  1.00 | 0.00 | $31.02 | $31.02 |
| 33 | 0 | 01/31/95 | XXX | 2 8  "FEDERAL EXPRESS" 98050411221105518 | | | | |
| Invoice Date: 02/14/95 | | | | *Invoice-total:* | $18.75  1.00 | 0.00 | $18.75 | $18.75 |
| 27 | 0 | 03/28/95 | XXX | 2 10  "FEDERAL EXPRESS" 98050411221105518 | | | | |
| Invoice Date: 04/19/95 | | | | *Invoice-total:* | $57.70  1.00 | 0.00 | $57.70 | $57.70 |
| 29 | 0 | 04/28/95 | XXX | 2 11  "FEDERAL EXPRESS" 98050411221105518 | | | | |
| Invoice Date: 05/16/95 | | | | *Invoice-total:* | $18.50  1.00 | 0.00 | $18.50 | $18.50 |
| 14 | 0 | 05/31/95 | XXX | 2 12  "FEDERAL EXPRESS" 98050411221105518 | | | | |
| Invoice Date: 06/22/95 | | | | *Invoice-total:* | $8.50  1.00 | 0.00 | $8.50 | $8.50 |
| 11 | 0 | 06/19/95 | XXX | 2 13  "FEDERAL EXPRESS" 98050411221105518 | | | | |
| Invoice Date: 07/20/95 | | | | *Invoice-total:* | $32.95  1.00 | 0.00 | $32.95 | $32.95 |
| | | | | *File-total:* | 8.00 | 0.00 | $226.57 | $226.57 |

Confidential

# EXHIBIT 38

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
LOCAL TRAVEL/ TRANSPORTATION
CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

*Invoice Date: 01/07/91*

| 9 | 0 | | 12/20/90 | XXX | "PARKING STICKERS" | $12.00 | 1.00 | 0.00 | $12.00 | $12.00 |
| | | 9 18 | | | 9805041122110551a | *Invoice-total:* | 1.00 | 0.00 | **$12.00** | **$12.00** |

*Invoice Date: 08/25/92*

| 6 | 0 | | 07/31/92 | XXX | "PARKING STICKER" | $12.00 | 1.00 | 0.00 | $12.00 | $12.00 |
| | | 9 34 | | | 9805041122110551a | *Invoice-total:* | 1.00 | 0.00 | **$12.00** | **$12.00** |
| | | | | | | *File-total:* | 2.00 | 0.00 | **$24.00** | **$24.00** |

| | | | | | | **Grand Total** | | | **$934.90** | **$934.90** |

Confidential

# EXHIBIT 39

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
LOCAL TRAVEL/ TRANSPORTATION
CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**BOSTIK CLAIMS**

| No. | Blk | SEQ | Date | Init. | Description | Billed Rate | Billed Time/Unit | Allowable Time/Unit | Possible Charge | Adjustment |
|-----|-----|-----|------|-------|-------------|-------------|------------------|---------------------|-----------------|------------|
| 32 | 0 | 02/27/95 | | XXX | "TRAVEL/PARKING" | $26.00 | 1.00 | 0.00 | $26.00 | $26.00 |

*Invoice Date: 03/27/95*          2 9          9805041122110551a

| | | | | | Invoice-total: | | 1.00 | 0.00 | $26.00 | $26.00 |
| | | | | | File-total: | | 4.00 | 0.00 | $87.20 | $87.20 |

Confidential

# EXHIBIT 40

Liberty Mutu. Group
Dover NH
Swidler Berlin Shereff Friedman
New York NY

*Legal₅ rd Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
UNSPECIFIED TRAVEL/ TRANSPORTATION
CHARGES

Client  1122
Client Office ID: 1
Firm ID: **5490**
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**Whitman, Massachusetts Facility**

Invoice Date: 09/29/92

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 11 | 0 | 63 2 | 08/27/92 | XXX | "Meal Charges" 0303201122154901a | $29.20 | 1.00 | 0.00 | $29.20 | $29.20 |

Invoice-total: 1.00 0.00 **$29.20** **$29.20**

File-total: 1.00 0.00 **$29.20** **$29.20**

# EXHIBIT 41

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

## Legalgard Inc.
### AUDIT INVOICE DETAIL REPORT BY TASK
### UNSPECIFIED TRAVEL/ TRANSPORTATION CHARGES

Client ID: **1122**
Client Office ID: **1**
Firm ID: **1055**
Firm Office ID: **1**

**BOSTIK CLAIMS**

*Invoice Date: 12/22/94*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 18 | 0 | | 11/28/94 | XXX | "TRAVEL EXPENSES" | $59.20 | 1.00 | 0.00 | $59.20 | $59.20 |
| | 2 | 6 | 98050411221105518 | | *Invoice-total:* | | 1.00 | 0.00 | **$59.20** | **$59.20** |

*Invoice Date: 03/27/95*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 30 | 0 | | 02/27/95 | XXX | "TRAVEL EXPENSES" | $29.50 | 1.00 | 0.00 | $29.50 | $29.50 |
| | 2 | 9 | 98050411221105518 | | *Invoice-total:* | | 1.00 | 0.00 | **$29.50** | **$29.50** |

*Invoice Date: 04/19/95*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 31 | 0 | | 03/28/95 | XXX | "TRAVEL EXPENSES" | $33.50 | 1.00 | 0.00 | $33.50 | $33.50 |
| | 2 | 10 | 98050411221105518 | | *Invoice-total:* | | 1.00 | 0.00 | **$33.50** | **$33.50** |
| | | | | | *File-total:* | | 3.00 | 0.00 | **$122.20** | **$122.20** |

# EXHIBIT 42

*Legalgard Inc.*

**AUDIT INVOICE DETAIL REPORT BY TASK**
**AIRFARE/ RAIL/ RENTAL CAR CHARGES**

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*BOSTIK CLAIMS*

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|--------------------|--------|---------------------|
| *Invoice Date* | 04/19/95 | | | | | | | | | |
| 25 | 0 | 03/28/95 | | XXX | "CAR RENTAL" | $63.06 | 1.00 | 0.00 | $63.06 | $63.06 |
| 32 | 0 | 03/28/95 | | XXX | "TRAVEL/AIRFARE" | 1,013.00 | 1.00 | 0.00 | $1,013.00 | $1,013.00 |
| | | | | | 2 10 | 9805041122110551a | *Invoice-total:* | 2.00 | 0.00 | $1,076.06 | $1,076.06 |
| | | | | | | | *File-total:* | 4.00 | 0.00 | $2,343.21 | $2,343.21 |

# EXHIBIT 43

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
MEAL CHARGES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

Invoice Date: 11/30/90

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 5 | 0 | 10/18/90 | XXX | "CATERING" | $10.72 | 1.00 | 0.00 | $10.72 | $10.72 |
| | | | | 9 16 | 9805041122110551a | *Invoice-total:* | | $10.72 | $10.72 |

Invoice Date: 12/31/90

| No. | Blk SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|---------|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 14 | 0 | 11/29/90 | XXX | "MEALS CHARGES." | $69.00 | 1.00 | 0.00 | $69.00 | $69.00 |
| | | | | 9 17 | 9805041122110551e | *Invoice-total:* | | $69.00 | $69.00 |
| | | | | | | *File-total:* | 2.00 | 0.00 | $79.72 | $79.72 |

**Grand Total**  $483.22  $483.22

Confidential

# EXHIBIT 44

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

**Legalgard Inc.**
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE EXPENSES

Client ID: 1122
Client Office ID: 1
Firm ID: 1055
Firm Office ID: 1

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|

**WHITMAN, MASSACHUSETTS FACILITY**

Invoice Date: 10/29/90

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 6 | 0 | | 09/28/90 | XXX | "COSTS ADVANCED" | $1.25 | 1.00 | 0.00 | $1.25 | $1.25 |
| | | 9 15 | | | 980504112211 0551a  *Invoice-total:* | | 1.00 | 0.00 | $1.25 | $1.25 |

Invoice Date: 10/28/91

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 5 | 0 | | 09/27/91 | XXX | "COSTS ADVANCED" | $0.45 | 1.00 | 0.00 | $.45 | $.45 |
| | | 9 26 | | | 980504112211 0551a  *Invoice-total:* | | 1.00 | 0.00 | $0.45 | $0.45 |

Invoice Date: 12/23/91

| No. | Blk | SEQ | Date | Init. | Description | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|-----|-----|-----|------|-------|-------------|------|------------------|---------------------|--------|---------------------|
| 5 | 0 | | 11/11/91 | XXX | "COSTS ADVANCED" | $11.70 | 1.00 | 0.00 | $11.70 | $11.70 |
| | | 9 28 | | | 980504112211 0551a  *Invoice-total:* | | 1.00 | 0.00 | $11.70 | $11.70 |
| | | | | | *File-total:* | | 3.00 | 0.00 | $13.40 | $13.40 |

# EXHIBIT 45

Liberty Mutual Group
Dover NJ
Swidler & Berlin
Washington, DC

*Legalgard Inc.*
AUDIT INVOICE DETAIL REPORT BY TASK
QUESTIONABLE EXPENSES

Client ID: **1122**
Client Office ID: **1**
Firm ID: **1055**
Firm Office ID: **1**

## BOSTIK CLAIMS

| No. | Blk SEQ | Date | Init. | Description | | Rate | Billed Time/Unit | Allowable Time/Unit | Charge | Possible Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| *Invoice Date: 04/19/95* | | | | | | | | | | |
| 26 | 0 | 03/28/95 | XXX | "DOCUMENTS" | | $13.25 | 1.00 | 0.00 | $13.25 | $13.25 |
| | | | | 2 10 | 980504112211055 1a *Invoice-total:* | | **1.00** | **0.00** | **$13.25** | **$13.25** |
| *Invoice Date: 05/16/95* | | | | | | | | | | |
| 28 | 0 | 04/28/95 | XXX | "DOCUMENTS" | | $82.86 | 1.00 | 0.00 | $82.86 | $82.86 |
| | | | | 2 11 | 980504112211055 1a *Invoice-total:* | | **1.00** | **0.00** | **$82.86** | **$82.86** |
| *Invoice Date: 08/15/95* | | | | | | | | | | |
| 10 | 0 | 07/31/95 | XXX | "DOCUMENTS" | | $259.87 | 1.00 | 0.00 | $259.87 | $259.87 |
| | | | | 2 14 | 980504112211055 1a *Invoice-total:* | | **1.00** | **0.00** | **$259.87** | **$259.87** |
| *Invoice Date: 09/20/95* | | | | | | | | | | |
| 19 | 0 | 08/31/95 | XXX | "MEETING EXPENSES" | | $4.40 | 1.00 | 0.00 | $4.40 | $4.40 |
| | | | | 2 15 | 980504112211055 1a *Invoice-total:* | | **1.00** | **0.00** | **$4.40** | **$4.40** |
| | | | | | *File-total:* | | **4.00** | **0.00** | **$360.38** | **$360.38** |