# EXHIBIT 47

## Bostik Invoices Submitted by Black and Decker for Disbursements with Connor's Recommended Reductions

| Date | Invoice No. | Bates No. | Total Amount | Computerized Legal Research Charges | Express / Overnight Mail Charges | Airfare / Rail / Rental Car Charges | Fax / Telecopier Charges | Local Travel / Transportation Charges | Messenger / Courier / Delivery Charges | Overtime Charges | Photocopy Charges | Postage Charges | Telephone Charges | Unspecified Travel / Transportation Charges | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/1994 | C54152 | 100551 | $5,880.74 | n/a | $10.10 | n/a | $17.39 | n/a | n/a | n/a | $1,776.48 | $3.82 | n/a | $59.20 | $1,866.99 |
| 1/23/1995 | C55029 | 100553 | $3,895.35 | n/a | $31.02 | n/a | n/a | n/a | $11.63 | n/a | $480.20 | n/a | n/a | n/a | $522.85 |
| 2/14/1995 | C55667 | 100555 | $25,038.89 | n/a | $18.75 | n/a | $46.19 | $27.20 | n/a | n/a | $188.00 | $6.96 | n/a | n/a | $280.14 |
| 3/27/1995 | C56921 | 100560 | $10,937.77 | n/a | n/a | n/a | $22.38 | $26.00 | n/a | n/a | $606.00 | $3.89 | n/a | $29.50 | $687.77 |
| 4/19/1995 | 57854 | 100564 | $5,847.53 | n/a | $57.70 | $1,076.06 | $33.42 | n/a | n/a | n/a | $84.60 | $4.22 | $17.28 | $33.50 | $1,306.78 |
| 5/16/1995 | 58791 | 100567 | $10,469.43 | n/a | $18.50 | n/a | $26.34 | n/a | n/a | n/a | $47.80 | $5.04 | $2.64 | n/a | $100.32 |
| 6/22/1995 | 59879 | 100570 | $16,347.95 | n/a | $8.50 | n/a | $29.09 | n/a | n/a | $374.81 | $115.80 | $2.25 | n/a | n/a | $530.45 |
| 7/20/1995 | 60843 | 100573 | $4,151.27 | n/a | $32.95 | n/a | $17.74 | n/a | n/a | n/a | $28.00 | $3.44 | $5.39 | n/a | $87.52 |
| 8/15/1995 | 61874 | 100575 | $2,191.69 | n/a | n/a | n/a | $26.05 | n/a | n/a | n/a | $31.80 | $1.47 | n/a | n/a | $59.32 |
| 9/20/1995 | 63127 | 100577 | $12,383.25 | n/a | n/a | n/a | $124.87 | n/a | n/a | n/a | $63.00 | $5.98 | n/a | n/a | 193.85 |
| 10/20/1995 | 64685 | 100580 | $3,748.63 | n/a | n/a | n/a | $35.15 | n/a | n/a | n/a | $26.60 | $0.78 | n/a | n/a | $27.38 |
| 11/17/1995 | 65525 | 100582 | $2,610.66 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $8.40 | $2.11 | n/a | n/a | $45.66 |
| 12/19/1995 | 66996 | 10584 | $3,798.11 | n/a | n/a | n/a | $6.90 | n/a | n/a | n/a | $8.00 | $6.96 | n/a | n/a | $21.86 |
| 1/29/1996 | 68106 | 100586 | $588.14 | n/a | n/a | n/a | $16.14 | n/a | n/a | n/a | $2.00 | n/a | n/a | n/a | $18.14 |
| 2/14/1996 | 69289 | 100588 | $1,214.65 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $3.40 | n/a | n/a | n/a | $3.40 |
| 3/22/1996 | 71415 | 100590 | $864.39 | n/a | n/a | n/a | $4.59 | n/a | n/a | n/a | $4.80 | n/a | n/a | n/a | $9.39 |

1968285v1

## Bostik Invoices Submitted by Black and Decker for Disbursements with Connor's Recommended Reductions

| Date | Invoice No. | Bates No. | Total Amount | Computerized Legal Research Charges | Express / Overnight Mail Charges | Airfare / Rail / Rental Car Charges | Fax / Telecopier Charges | Local Travel / Transportation Charges | Messenger / Courier / Delivery Charges | Overtime Charges | Photocopy Charges | Postage | Telephone Charges | Unspecified Travel / Transportation Charges | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/1996 | 72400 | 100592 | $1,789.63 | n/a | n/a | n/a | $5.00 | n/a | n/a | n/a | $2.60 | $0.78 | n/a | n/a | $8.38 |
| 5/20/1996 | 73433 | 100594 | $13,689.04 | n/a | n/a | n/a | $4.94 | n/a | n/a | n/a | $36.60 | n/a | n/a | n/a | $41.54 |
| 6/20/1996 | 74327 | SUPP-3 01954 | $1,254.98 | n/a | n/a | n/a | n/a | n/a | $11.63 | n/a | $0.80 | n/a | $5.05 | n/a | $17.48 |
| 7/23/1996 | 75433 | 100598 | $766.64 | n/a | $89.39 | n/a | $0.40 | n/a | n/a | n/a | $32.60 | $3.00 | n/a | n/a | $125.39 |
| 11/20/1996 | 81636 | 100602 | $725.70 | n/a | n/a | n/a | $0.70 | n/a | n/a | n/a | $0.70 | n/a | n/a | n/a | $0.70 |
| 5/27/1997 | 93117 | MISC3- 0198 | $72.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 6/30/1997 | 94704 | MISC3- 0216 | $290.10 | n/a | n/a | n/a | $0.10 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.10 |
| TOTALS | | | | $89.39 | $177.52 | $1,076.06 | $417.39 | $53.20 | $23.26 | $374.81 | $3,547.48 | $43.74 | $30.36 | $122.20 | $5,955.41 |

1968285v1