# EXHIBIT 48

**Whitman Invoices Submitted by Black and Decker: Summary of Recommended Reductions for Disbursements and Legal Services**

| Date | Invoice No. | Bates No. | Total Amount | Vague Descriptions | Computerized Legal Research | Express / Overnight Mail Charges | Intra-Office Conferences | Questionable Intra-Office Conferences | Duplicate Attendance | Legal Research | Secretarial / Clerical Functions | Questionable Secretarial / Clerical Functions | Attorneys Performing Paralegal Functions | Airfare / Rail / Rental Car Charges | Fax / Telecopier Charges | Local Travel / Transportation Charges | Meal Charges | Messenger / Courier / Delivery Charges | Overtime Charges | Photocopy Charges | Postage | Questionable Expenses | Questionable Exceptional Charges and Practice | Telephone Charges | Word Processing Charges / Expense | Unspecified Travel / Transportation Charges | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/1989 | C8355 | 100001 | $8,498.84 | $3,540.00 | n/a | $18.00 | $476.25 | n/a | n/a | n/a | $48.75 | $97.50 | n/a | n/a | $13.14 | n/a | n/a | $10.20 | n/a | $8.75 | n/a | n/a | n/a | n/a | n/a | n/a | $4,212.59 |
| 8/1/1989 | C8879 | 100004 | $3,714.96 | $29.25 | $19.31 | $18.00 | $112.50 | $56.25 | n/a | n/a | $146.25 | n/a | $243.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $46.20 | $1.45 | n/a | $97.50 | n/a | n/a | $770.46 |
| 9/18/1989 | C9001 | 100006 | $338.37 | $48.75 | n/a | $9.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $27.87 | n/a | n/a | n/a | $1.50 | n/a | n/a | n/a | n/a | n/a | $87.12 |
| 10/6/1989 | C9881 | 100008 | $1,072.61 | $341.25 | n/a | $9.00 | n/a | $56.25 | n/a | n/a | $97.50 | n/a | n/a | n/a | $24.61 | n/a | n/a | n/a | $0.25 | n/a | n/a | n/a | n/a | n/a | $528.86 |
| 11/30/1989 | C10543 | 100010 | $2,792.32 | $507.50 | n/a | n/a | $283.75 | n/a | n/a | $562.50 | $56.25 | n/a | n/a | n/a | $16.07 | n/a | n/a | n/a | $8.75 | $7.50 | n/a | n/a | n/a | n/a | $1,442.32 |
| 1/30/1990 | C11829 | 100013 | $270.23 | $56.25 | n/a | n/a | n/a | n/a | n/a | n/a | $38.00 | n/a | n/a | n/a | $4.78 | n/a | n/a | n/a | $1.25 | $1.20 | n/a | n/a | n/a | n/a | $101.48 |
| 2/27/1990 | C12858 | 100015 | $59.85 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $56.25 | n/a | n/a | $3.60 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $59.85 |
| 3/6/1990 | C13212 | 100016 | $964.93 | n/a | n/a | $19.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $6.93 | n/a | n/a | n/a | n/a | $39.00 | n/a | n/a | n/a | n/a | $121.18 |
| 4/23/1990 | C13723 | 100018 | $829.04 | $168.75 | n/a | $18.00 | n/a | n/a | n/a | n/a | $56.25 | $56.25 | n/a | n/a | $3.49 | n/a | n/a | n/a | n/a | $19.80 | $0.25 | n/a | n/a | n/a | $266.54 |
| 5/21/1990 | C14292 | 100020 | $260.48 | $56.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $4.63 | n/a | n/a | n/a | $2.50 | $26.80 | $1.35 | n/a | n/a | n/a | $91.73 |
| 6/8/1990 | C15200 | 100022 | $401.61 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $4.16 | n/a | n/a | n/a | $2.50 | $1.20 | n/a | $337.50 | n/a | n/a | $345.36 |
| 7/18/1990 | C15515 | 100023 | $3.40 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $3.40 | n/a | n/a | n/a | n/a | $3.40 |
| 8/31/1990 | C16432 | 100024 | $1,412.77 | $112.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $56.25 | n/a | $1.92 | n/a | n/a | n/a | $4.60 | n/a | n/a | n/a | n/a | n/a | $175.27 |
| 9/30/1990 | C16980 | 100026 | $13.14 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $13.14 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $13.14 |
| 10/29/1990 | C17484 | 100027 | $1,351.25 | $1,012.75 | n/a | n/a | n/a | n/a | n/a | n/a | $56.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $1.25 | n/a | n/a | $1,070.25 |
| 11/30/1990 | C18103 | 100029 | $1,324.45 | $1,102.50 | n/a | n/a | $61.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $21.58 | n/a | $10.72 | n/a | $2.50 | $3.40 | n/a | n/a | n/a | n/a | $1,201.95 |
| 12/31/1990 | C19862 | 100031 | $4,744.48 | $2,511.25 | n/a | $9.75 | $857.50 | n/a | n/a | $490.00 | n/a | n/a | n/a | n/a | $5.08 | n/a | $69.00 | n/a | $47.50 | $8.40 | n/a | n/a | n/a | n/a | $3,998.48 |
| 1/7/1991 | C19257 | 100033 | $2,910.64 | $1,041.25 | $2.63 | $9.75 | $326.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $15.26 | $12.00 | n/a | n/a | $28.75 | $5.00 | n/a | n/a | n/a | n/a | $1,441.14 |
| 3/29/1991 | C20500 | 100037 | $2,611.58 | $980.00 | n/a | $9.75 | $306.50 | n/a | n/a | n/a | $61.25 | n/a | n/a | n/a | $41.88 | n/a | n/a | n/a | $32.50 | $16.20 | n/a | n/a | n/a | n/a | $1,448.08 |
| 4/20/1991 | C21111 | 100039 | $1,850.00 | $857.50 | n/a | n/a | n/a | n/a | n/a | n/a | $61.25 | n/a | n/a | n/a | $30.78 | n/a | n/a | n/a | $9.00 | $4.20 | $0.58 | n/a | n/a | n/a | $992.56 |
| 5/22/1991 | C21380 | 100041 | $2,396.55 | $1,653.75 | n/a | $29.25 | n/a | n/a | n/a | n/a | $61.25 | n/a | n/a | n/a | $38.05 | n/a | n/a | n/a | $21.00 | n/a | n/a | n/a | n/a | n/a | $2,202.80 |
| 6/18/1991 | C21849 | 100043 | $1,331.06 | $1,494.50 | n/a | $19.50 | $36.75 | n/a | n/a | n/a | n/a | $61.25 | n/a | n/a | $29.24 | n/a | n/a | n/a | $9.00 | $57.80 | $0.52 | n/a | n/a | n/a | $1,708.56 |
| 7/24/1991 | C22581 | 100045 | $257.86 | $122.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $22.25 | n/a | n/a | n/a | n/a | $0.60 | n/a | n/a | n/a | n/a | $145.36 |
| 8/29/1991 | C23417 | 100047 | $199.59 | $61.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $15.84 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $77.09 |
| 9/20/1991 | C23756 | 100048 | $9.38 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $8.58 | n/a | n/a | n/a | n/a | $0.80 | n/a | n/a | n/a | n/a | $9.38 |

## Whitman Invoices Submitted by Black and Decker: Summary of Recommended Reductions for Disbursements and Legal Services

| Date | Invoice No. | Bates No. | Total Amount | Vague Descriptions | Computerized Legal Research Charges | Express / Overnight Mail Charges | Intra-Office Conferences | Questionable Intra-Office Conferences | Duplicate Attendance | Legal Research | Secretarial / Clerical Functions | Questionable Secretarial / Clerical Functions | Attorneys Performing Paralegal Functions | Airfare / Rail / Rental Car Charges | Fax / Telecopier Charges | Local Travel / Transportation Charges | Meal Charges | Messenger / Courier / Delivery Charges | Overtime Charges | Photocopy Charges | Postage | Questionable Expenses | Questionable Exceptional Charges and Practice | Telephone Charges | Word Processing Charges / Expense | Unspecified Travel / Transportation Charges | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/1991 | C24300 | 10049 | $367.95 | $306.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $306.70 |
| 11/29/1991 | C25070 | 10051 | $830.50 | $573.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $16.50 | n/a | n/a | n/a | $19.50 | $2.00 | n/a | n/a | n/a | n/a | n/a | n/a | $675.50 |
| 12/23/1991 | C25530 | 10053 | $330.45 | $191.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $11.70 | n/a | n/a | n/a | n/a | $202.95 |
| 2/28/1992 | C27439 | 10054 | $265.99 | $255.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $10.59 | n/a | n/a | n/a | n/a | $0.40 | n/a | n/a | n/a | n/a | n/a | $265.99 |
| 3/24/1992 | C27743 | 10055 | $1,070.43 | $357.00 | n/a | n/a | $63.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $41.03 | n/a | n/a | n/a | $9.00 | $0.40 | n/a | n/a | n/a | n/a | n/a | $471.18 |
| 4/30/1992 | C28505 | 10057 | $164.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $36.00 | n/a | n/a | n/a | n/a | $1.00 | n/a | n/a | n/a | n/a | n/a | $37.00 |
| 5/27/1992 | C28505 | 10057 | $68.08 | $63.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $2.83 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $68.08 |
| 6/24/1992 | C29785 | 10059 | $382.50 | $191.25 | n/a | n/a | $127.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $1.50 | n/a | n/a | n/a | n/a | n/a | n/a | $318.75 |
| 8/25/1992 | C31044 | 10060 | $1,439.75 | $191.25 | n/a | n/a | $215.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $12.00 | n/a | n/a | $1.50 | n/a | n/a | n/a | n/a | n/a | n/a | $419.75 |
| 9/29/1992 | C31549 | LXXXVIII-061 | $2,132.62 | $63.75 | n/a | n/a | $142.50 | n/a | n/a | $1,312.50 | n/a | n/a | n/a | n/a | $6.38 | n/a | n/a | n/a | n/a | $7.00 | n/a | n/a | n/a | $28.50 | n/a | $1,560.92 |
| 10/26/1992 | C32263 | 10062 | $142.38 | n/a | $110.33 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $14.85 | n/a | n/a | n/a | n/a | $17.20 | n/a | n/a | n/a | n/a | n/a | $142.38 |
| 12/22/1992 | C3443 | LXXXVIII-045 | $1,660.64 | $291.50 | n/a | n/a | $331.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $1.19 | n/a | n/a | n/a | n/a | $3.20 | n/a | n/a | n/a | n/a | n/a | $627.14 |
| 1/29/1993 | C34258 | LXXXVIII-036 | $676.71 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $14.21 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $14.21 |
| 2/25/1993 | C34773 | LXXXVIII-025 | $340.16 | $66.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $8.91 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $75.16 |
| 3/31/1993 | 35676 | SUPP-3 01256 | $1,260.10 | $927.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $927.50 |
| 4/30/1993 | C36384 | 10063 | $619.53 | $198.75 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $23.28 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $222.03 |
| 5/31/1993 | C37119 | 10064 | $471.63 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $7.88 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $7.88 |
| 6/29/1993 | C37766 | 10065 | $137.31 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $4.81 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $4.81 |
| 9/28/1993 | 39857 01259 | SUPP-3 | $465.63 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.20 | n/a | n/a | n/a | n/a | n/a | $0.20 |
| 10/20/1993 | 40874 01262 | SUPP-3 | $1,891.11 | $490.25 | n/a | $10.10 | n/a | n/a | n/a | n/a | n/a | $26.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $13.40 | $4.57 | n/a | n/a | $3.04 | n/a | $552.86 |
| 11/17/1993 | 41566 01265 | SUPP-3 | $491.08 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $1.08 | n/a | $1.08 |

## Whitman Invoices Submitted by Black and Decker: Summary of Recommended Reductions for Disbursements and Legal Services

| Date | Invoice No. | Bates No. | Total Amount | Vague Descriptions | Computerized Legal Research | Express / Overnight Mail Charges | Intra-Office Conferences | Questionable Intra-Office Conferences | Duplicate Attendance | Legal Research | Secretarial / Clerical Functions | Questionable Secretarial / Clerical Functions | Attorneys Performing Paralegal Functions | Airfare / Rail / Rental Car Charges | Fax / Telecopier Charges | Local Travel / Transportation Charges | Meal Charges | Messenger / Courier / Delivery Charges | Overtime Charges | Photocopy Charges | Postage | Questionable Expenses | Questionable Exceptional Charges and Practice | Telephone Charges | Word Processing Charges / Expense | Unspecified Travel / Transportation Charges | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/1993 | 42441 | 01270 | $2,255.47 | $728.00 | n/a | $10.10 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $8.00 | n/a | n/a | $8.20 | n/a | $754.30 |
| 1/24/1994 | 42843 | 01274 SUPP-3 | $562.26 | $420.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $420.00 |
| 3/31/1994 | 44812 | 01278 SUPP-3 | $214.90 | $126.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $126.00 |
| 9/27/1994 | C51268 | 100066 | $1,330.29 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.29 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.29 |
| 5/16/1995 | 58783 | 100069 | $141.20 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $1.20 | n/a | n/a | n/a | n/a | n/a | $1.20 |
| TOTALS: | | | $21,139.25 | | $132.27 | $189.20 | $3,404.75 | $112.50 | $0.00 | $2,855.00 | $739.25 | $480.25 | $0.00 | $0.00 | $541.84 | $24.00 | $79.72 | $10.20 | $205.50 | $301.60 | $9.26 | $13.40 | $435.00 | $17.32 | $28.50 | $29.20 | $30,718.81 |