# EXHIBIT 49

## Bostik Invoices Submitted by Black and Decker for Legal Services with Connor's Recommended Reductions

| Date | Invoice No. | Bates No. | Total Amount | Vague Descriptions | Intra-Office Conferences | Questionable Intra-Office Conferences | Duplicate Attendance | Legal Research | Secretarial / Clerical Functions | Questionable Secretarial / Clerical Functions | Attorneys Performing Paralegal Functions | Questionable Expenses | Questionable Exceptional Charges and Practice | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/1994 | C54152 | 100551 | $5,880.74 | $570.00 | $291.25 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $861.25 |
| 1/23/1995 | C55029 | 100553 | $3,895.35 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 2/14/1995 | C55667 | 100555 | $25,038.89 | $285.00 | $2,604.25 | $498.75 | n/a | $2,591.25 | n/a | $332.50 | n/a | n/a | $6,350.50 |
| 3/27/1995 | C56921 | 100560 | $10,937.77 | $116.25 | $1,804.75 | $38.75 | $1,240.00 | $712.50 | $38.75 | $77.50 | n/a | n/a | $3,989.75 |
| 4/19/1995 | 57854 | 100564 | $5,847.53 | $644.00 | $649.75 | $327.75 | n/a | n/a | $12.00 | n/a | $13.25 | n/a | $1,646.75 |
| 5/16/1995 | 58791 | 100567 | $10,469.43 | $57.00 | $1,488.25 | $171.00 | n/a | n/a | n/a | $38.75 | $82.86 | $145.00 | $1,992.86 |
| 6/22/1995 | 59879 | 100570 | $16,347.95 | $72.25 | $142.50 | n/a | n/a | $1,140.00 | n/a | n/a | n/a | n/a | $1,354.75 |
| 7/20/1995 | 60843 | 100573 | $4,151.27 | $228.00 | $285.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $513.00 |
| 8/15/1995 | 61874 | 100575 | $2,191.69 | n/a | $456.00 | n/a | n/a | n/a | n/a | $71.25 | $259.87 | n/a | $787.12 |
| 9/20/1995 | 63127 | 100577 | $12,383.25 | $28.50 | $357.75 | $427.50 | n/a | $120.00 | $100.00 | $21.25 | $4.40 | n/a | 1059.4 |
| 10/20/1995 | 64685 | 100580 | $3,748.63 | n/a | $1,382.50 | n/a | n/a | n/a | n/a | $70.00 | n/a | n/a | $1,452.50 |
| 11/17/1995 | 65525 | 10582 | $2,610.66 | n/a | $28.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $28.50 |
| 12/19/1995 | 66996 | 10584 | $3,798.11 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 1/29/1996 | 68106 | 100586 | $588.14 | n/a | $28.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $28.50 |
| 2/14/1996 | 69289 | 100588 | $1,214.65 | n/a | $71.25 | $28.50 | n/a | n/a | n/a | n/a | n/a | n/a | $99.75 |
| 3/22/1996 | 71415 | 100590 | $864.39 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |

1968285v1

1

## Bostik Invoices Submitted by Black and Decker for Legal Services with Connor's Recommended Reductions

| Date | Invoice No. | Bates No. | Total Amount | Vague Descriptions | Intra-Office Conferences | Questionable Intra-Office Conferences | Duplicate Attendance | Legal Research | Secretarial / Clerical Functions | Questionable Secretarial / Clerical Functions | Attorneys Performing Paralegal Functions | Questionable Expenses | Questionable Exceptional Charges and Practice | Total Recommended Reduction (per invoice) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/18/1996 | 72400 | 100592 | $1,789.63 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 5/20/1996 | 73433 | 100594 | $13,689.04 | n/a | $150.00 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $150.00 |
| 6/20/1996 | 74327 | SUPP-3 01954 | $1,254.98 | n/a | n/a | n/a | n/a | $431.25 | n/a | n/a | n/a | n/a | n/a | $431.25 |
| 7/23/1996 | 75433 | 100598 | $766.64 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 11/20/1996 | 81636 | 100602 | $725.70 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| 5/27/1997 | 93117 | MISC3- 0198 | $72.50 | $72.50 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $72.50 |
| 6/30/1997 | 94704 | MISC3 - 0216 | $290.10 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | $0.00 |
| TOTALS | | | | $2,073.50 | $9,740.25 | $1,492.25 | $1,240.00 | $4,995.00 | $150.75 | $257.50 | $353.75 | $360.38 | $145.00 | $20,808.38 |