UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>　　　　　Defendants. | Case No. 1:04-CV-10657-DPW<br>(Bostik Middleton Site)<br><br>Case No. 1:04-CV-10684-DPW<br>(Whitman Site) |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE <u>MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES</u>**

Pursuant to Local Rule 7.1(B)(4), plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby moves this Court for an Order granting Liberty Mutual leave to file a memorandum of law, in support of its Motion to Establish Amount of Reimbursable Defense Costs With Respect To Whitman and Bostik Middleton Sites, which exceeds twenty pages in length.

As grounds for the instant motion, Liberty Mutual respectfully submits that in order to address fully the issues raised by the Motion, a brief in excess of twenty pages in length is necessary.  Counsel for Black & Decker has assented to Liberty Mutual's request for leave to file a brief in excess of twenty pages.

WHEREFORE, Liberty Mutual respectfully requests that this Court issue an Order granting Liberty Mutual leave to file a memorandum of law exceeding twenty

pages in length, in support of its Motion To Establish Amount Of Reimbursable Defense Costs With Respect To Whitman And Bostik Middleton Sites.

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,

/s/   Janice Kelley Rowan
Ralph T. Lepore III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  June 3, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for defendants, Richard L. Binder, by telephone on June 3, 2004, and Mr. Binder graciously assented to the within motion.

/s/   Janice Kelley Rowan
Janice Kelley Rowan

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June,  2004, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

/s/   Janice Kelley Rowan
Janice Kelley Rowan

# 1991066_v1

- 3 -

Case 1:04-cv-10684-DPW    Document 6    Filed 06/03/2004    Page 3 of 3

- 3 -