UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br>　　　　　　Plaintiff,<br><br>v.<br><br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br>　　　　　　Defendants. | CIVIL ACTION<br>No. 96-10804-DPW<br><br>1:04-CV-10657-DPW<br>(Bostik Middleton Site)<br><br>1:04-CV-10684-DPW<br>(Whitman Site) |

**ASSENTED-TO MOTION OF LIBERTY MUTUAL INSURANCE COMPANY TO FILE UNDER SEAL ITS SUBMISSION REGARDING FINAL JUDGMENTS FOR BOSTIK MIDDLETON AND WHITMAN SITES**

Pursuant to Local Rule 7.2, plaintiff, Liberty Mutual Insurance Company ("Liberty Mutual"), hereby moves for leave to file <u>under seal</u> Its Submission Regarding Final Judgments For Bostik Middleton and Whitman Sites (the "Submission") because said documents contain references to other documents which were produced by defendants, The Black & Decker Corporation, et al. ("Black & Decker"), on a confidential basis pursuant to the Confidentiality Order in this lawsuit. Specifically, the Submission includes as an exhibit and makes reference to a confidential Settlement Agreement between Black & Decker and Aetna.

As grounds for this Motion, Liberty Mutual states as follows:

- 2 -

1.     In its Submission, Liberty Mutual makes reference to, and appends copies as exhibits of certain documents which were produced on a confidential basis by Black & Decker pursuant to the Confidentiality Order in this case, namely the Aetna Settlement Agreement. The parties have agreed to maintain the confidentiality of such documents in any filings with the Court.

2.     Accordingly, Liberty Mutual files this Motion to protect the allegedly confidential nature of the Black & Decker documents which, otherwise, would be available for inspection and copying by the general public.

3.     Liberty Mutual files this Motion in good faith, and not for the purpose of delay. Black & Decker will not be prejudiced in any manner by Liberty Mutual's request, which is intended to protect Black & Decker's asserted confidentiality interests.

4.     Accordingly, pursuant to Local Rule 7.2, Liberty Mutual requests that the Court enter an Order authorizing the sealing of its Submission.

5.     Liberty Mutual requests that the Court maintain the Submission under seal until this action is closed. At that time, Liberty Mutual requests that the Submission be returned to the undersigned counsel.

6.     Black & Decker assents to this Motion to file the Submission under seal.

WHEREFORE, Liberty Mutual Insurance Company respectfully requests that the Court grant this motion and require that the Submission be kept under seal, and for such other and further relief as this Court deems just and proper.

                          LIBERTY MUTUAL
                          INSURANCE COMPANY

By its attorneys,

/s/ Ralph T. Lepore, III
Ralph T. Lepore, III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  January 14, 2005

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that pursuant to Local Rule 7.1, I spoke with Judith Ziss, counsel for Black & Decker, on January 14, 2005, and she agreed that this motion could be filed with the assent of the defendants.

                                        /s/ Janice Kelley Rowan

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2005, I caused a copy of the foregoing Assented to Motion to be served by hand upon Jack R. Pirozzolo, Esq., counsel to defendants, at Willcox, Pirozzolo & McCarthy, P.C., 50 Federal Street, Boston, MA  02110.

                                        /s/ Janice Kelley Rowan

2531843_v1